PEOPLE v JOSE RAMOS. Concur—Ellerin, J. P., Kupferman, Ross, Asch and Kassal, JJ.